**FILED**
July 23, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:14-mj-00149-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| KRISLAN BRIDGES, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Krislan Bridges</u>; Case <u>2:14-mj-00149-KJN</u> from custody and for the following reasons:

    _\_\_    Release on Personal Recognizance

    _\_\_    Bail Posted in the Sum of _____

    **X**    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendant's mother Kristy Quento

    _\_\_    Appearance Bond with 10% Deposit

    _\_\_    Appearance Bond secured by Real Property

    _\_\_    Corporate Surety Bail Bond

    **X**    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>7/23/2014</u> at <u>2:25 pm</u>

By _____
Kendall J. Newman
United States Magistrate Judge