

1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, #214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4

5   Attorney for Defendant
    KRISLEN BRIDGES
6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 2:14-cr-00206-JAM-5
                                     )
12            Plaintiff,             )
                                     )   STIPULATION AND ORDER EXCLUDING
    v.                               )   TIME PURSUANT TO AGREEMENT TO
13                                   )   DEFER PROSECUTION
                                     )
14  KRISLEN BRIDGES,                 )
                                     )
15            Defendant.             )
                                     )
16

17      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

18  America, and defendant, Krislen Bridges, as follows:

19      On August 28, 2015, the parties signed a formal agreement to defer prosecution of the

20  indictment against Ms. Bridges for a period of 12 months. The agreement is attached hereto as

21  Exhibit A.

22      The Speedy Trial Act, 18 U.S.C. § 3161, at subdivision (h)(2), excludes from

23  computation of the time within which trial must commence "[a]ny period of delay during which

24  prosecution is deferred by the attorney for the Government pursuant to written agreement with

25  the defendant, with the approval of the court, for the purpose of allowing the defendant to

26  demonstrate his good conduct."

27      The parties agree and jointly request that the Court approve the agreement pursuant to 18

28

    Stipulation and [Proposed] Order to Defer        -1-
    Prosecution

1    U.S.C. § 3161(h)(2) so that time under the Speedy Trial Act may be excluded through August

2    27, 2016.

3        The parties further stipulate and request that, in light of the agreement set forth herein,

        *granted as to this defendant only*

4    the Court vacate the status conference presently scheduled for October 13, 2015, at 9:15 a.m. and

5    set a control date for August 30, 2016 at 9:15 a.m.

6

7

8    DATED: August 28, 2015                 Respectfully submitted,

9                                            HEATHER E. WILLIAMS
                                             Federal Defender
10

11                                           */s/ Benjamin D. Galloway*
                                             Benjamin D. Galloway
12                                           Assistant Federal Defender
                                             Attorney for Krislen Bridges

13   DATED: August 28, 2015                 BENJAMIN B. WAGNER
14                                           United States Attorney

15                                           */s/ Jill Thomas*
                                             Jill Thomas
16                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2      The Court, having received, read, and considered the the deferred prosecution agreement

3   and the parties' stipulation, hereby approves the deferred prosecution agreement and adopts the

4   parties' stipulation in its entirety as its order. The Court orders the time from the date of the

5   deferred prosecution agreement, up to and including August 27, 2016, shall be excluded from

6   computation of time within which the trial of this case must be commenced under the Speedy

7   Trial Act, pursuant to 18 U.S.C. § 3161(h)(2) [prosecution deferred by mutual agreement], and

8   Local Code TI. It is further ordered that the October 13, 2015 status conference shall be vacated

9   as to defendant Krislen Bridges only.   A control date is set for August 30, 2016, at 9:15 a.m.

10

Dated: August 28, 2015

11

12                                          Hon. JOHN A. MENDEZ
                                            United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Defer          -3-
Prosecution