PHILLIP A. TALBERT
Acting United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

SEP 0 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISLEN BRIDGES,<br><br>Defendant. | CASE NO. 2:14-CR-206 JAM<br><br>GOVERNMENT'S MOTION TO DISMISS COUNT ONE AND THE FORFEITURE ALLEGATIONS IN THE INDICTMENT AS TO DEFENDANT KRISLEN BRIDGES AND [PROPOSED] ORDER |

The United States of America, through its attorney of record, Assistant United States Attorney Paul A. Hemesath, hereby moves for an order dismissing, with prejudice, Count One and the Forfeiture Allegations in the indictment against defendant KRISLEN BRIDGES, pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: September 2, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

MOTION TO DISMISS

1

## [PROPOSED] FINDINGS AND ORDER

In light of the government's motion, Count One and the Forfeiture Allegations in the indictment against defendant KRISLEN BRIDGES are hereby DISMISSED with prejudice.

September 2, 2016

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER